MELINDA HAAG (CABN 132612)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

EVAN H. PERLMAN (MA BBO 651356)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    FAX: (415) 436-6748
    evan.perlman@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VINCENT A. CEFALU,<br>    Plaintiff,<br>v.<br>ERIC H. HOLDER, Jr.<br>U.S. Attorney General,<br>U.S. Department of Justice<br>    Defendant. | No. 12-0303 TEH<br><br>STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT |

    Defendant United States Department of Justice ("Defendant") and Plaintiff Vincent A. Cefalu ("Plaintiff"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiff's Amended Complaint & Jury Demand ("Amended Complaint") pursuant to Civil Local Rule 6-1(a) of the Northern District of California, as follows:

    1.    On March 8, 2012, Plaintiff filed its Amended Complaint & Jury Demand under the Age Discrimination in Employment Act, as amended, 29 U.S.C. Section 621 et seq. ("ADEA"), the Rehabilitation Act of 1973, as amended, 29 U.S.C. Section 791 et seq. (the "Rehabilitation Act"); the American with Disabilities Act, as amended, 42 U.S.C. Section 12101,

1. et seq. ("ADA"), and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-1 et seq. ("Title VII").

2. On March 13, 2012, the U.S. Attorney's Office received a copy of Plaintiff's Amended Complaint by certified mail;

3. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant's response to the Amended Complaint is presently due to be filed and served on April 9, 2012;

4. The parties have agreed to a fourteen-day extension of time for Defendant to respond to the Amended Complaint from April 9, 2012 to April 23, 2012;

5. No prior extensions of time have been requested or granted; and

6. This change will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant will have until April 23, 2012 to respond to Plaintiff's Amended Complaint.

DATED: March 30, 2012            Respectfully submitted,


                                 /s/ Andrew D. Winghart
                                 ANDREW D. WINGHART
                                 Attorneys for Plaintiff


DATED: March 30, 2012            Respectfully submitted,
                                 MELINDA HAAG
                                 United States Attorney

                                 /s/ Evan H. Perlman
                                 EVAN H. PERLMAN
                                 Assistant United States Attorney
                                 Attorneys for Defendant

IT IS SO ORDERED
04/02/2012
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
Case No. 12-0303 TEH              2