IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT A. CEFALU,<br><br>          Plaintiff,<br><br>    v.<br><br>ERIC H. HOLDER,<br><br>          Defendant. | Case No.: 12-cv-303 TEH (JSC)<br><br>**ORDER RE: FIRST DISCOVERY LETTER BRIEF (Dkt. No. 41)** |

The Court is in receipt of the Joint Statement of Discovery Issues filed on November 16, 2012 (Dkt. No. 41). The filing is unreadable in its current form. It lacks any sort of header or identification of the case number, other than that which appears via ECF. It is also less than 12 point font and single-spaced. Although the Court's Standing Order directs the parties to file joint letter briefs limited to eight-pages in length, they may file a letter brief for each substantive discovery dispute.

Accordingly, on or before November 21, 2012, the parties shall refile the Joint Statement as three separate letter briefs. Defendant shall file one addressing Issue One (additional deposition time from Plaintiff), and a second addressing Issue Two (moving to compel further responses to document requests). Plaintiff shall file a letter brief addressing

1  Issue Three (deposition of William McHahon). The letter briefs are limited to eight-pages in
2  length each, shall be at least 12 point font, shall have line spacing of 1.5 or greater, and shall
3  be filed on the letterhead of the moving party.
4      The Clerk shall terminate Docket No. 41.
5      **IT IS SO ORDERED.**

7  Dated: November 19, 2012

                                            JACQUELINE SCOTT CORLEY
                                            UNITED STATES MAGISTRATE JUDGE