IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT CEFALU,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC HOLDER,<br><br>        Defendant. | Case No. 12-0303 TEH (JSC)<br><br>**ORDER RE: DEFENDANT'S MOTION FOR RECONSIDERATION OF NOVEMBER 26, 2012 ORDER (DKT. NO. 51)** |

       Pending before the Court is Defendant's Motion for Reconsideration of the Court's November 26, 2012 Order (Dkt. No. 49) regarding Defendant's Motion to Compel, which is more properly viewed as a renewed motion to compel. (Dkt. No 51.) Plaintiff separately filed an opposition to Defendant's motion on December 22, 2012. (Dkt. No. 52.) The Court has reviewed the parties' filings and determined that the parties have not met and conferred regarding these matters as required by the Local Rules and this Court's Standing Order.

       Accordingly, the parties shall appear at 9:00 a.m. on January 10, 2013 at Courtroom F, 450 Golden Gate Ave., San Francisco, California. The parties will be escorted to the Court's jury room and shall meet and confer regarding this matter and any other outstanding issues. If the parties are unable to resolve the matter through a good faith meet and confer, the Court will be available at 11:00 a.m. to hear argument.

**IT IS SO ORDERED.**

Dated: December 26, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

2