MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7025
FAX: (415) 436-6748
Jonathan.lee@usdoj.gov; mark.conrad@usdoj.gov
Attorneys for Federal Defendant ERIC H. HOLDER JR., U.S. Attorney General, U.S. Dept. of Justice

ZAHRA S. KARINSHAK (GABN 407911)
*Admitted Pro Hac Vice 4/2/2012*
KREVOLIN & HORST, LLC
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Telephone: (404) 888-9700
FAX: (404) 888-9577
Karinshak@khlawfirm.com

ANDREW D. WINGHART (CSBN 225099)
Winghart Law Group
495 Seaport Court, Suite 104
Redwood City, CA 94063
Telephone: (510) 593-8546
FAX: (866) 941-8593
Drew@WinghartLaw.com
Attorneys for Plaintiff, Vincent A. Cefalu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VINCENT A. CEFALU, | ) | CASE NO. 12-00303-TEH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., U.S. Attorney | ) | |
| General, U.S. Department of Justice, | ) | |
| | ) | |
| Defendant, | ) | |

KH216981.DOC 2   - 1 -

THE PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD STIPULATE AS FOLLOWS:

1. The deposition of Mr. William (Bill) McMahon, whose address is Manila, PI, will be taken by telephone upon oral examination pursuant to Fed. R. Civ. P. 30(b)(4).

2. Counsel of record have arranged for and scheduled Mr. McMahon to give his testimony in Manila, PI on **January 8, 2013**.

3. The testimony will be taken and recorded stenographically in Atlanta, Georgia before a certified reporter designated by Premiere Reporting. The certified reporter shall be a person authorized to administer oaths. The parties agree that the reporter will swear in Mr. McMahon via telephone, pursuant to Fed. R. Civ. P. 29 & 30(b)(4), and expressly waive the administration of the oath in person.

4. A transcribed copy of the deposition will be submitted to Mr. McMahon for review and correction, through counsel of record for defendant, and a correct copy will then be certified and filed as required.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 12/28/2012          /s/            .
                           Zahra S. Karinshak
                           Attorney for Plaintiff

DATED: 12/28/2012          /s/            .
                           Jonathan U. Lee, AUSA
                           Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 3, 2013          
                           JACQUELINE SCOTT CORLEY
                           United States Magistrate Judge

IT IS SO ORDERED
/s/ Jacqueline S. Corley
Judge Jacqueline Scott Corley

KH216981.DOC 2