MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
MARK R. CONRAD (CSBN 255667)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7025
FAX: (415) 436-6748
Jonathan.lee@usdoj.gov; mark.conrad@usdoj.gov
Attorneys for Federal Defendant ERIC H. HOLDER JR., U.S. Attorney General, U.S. Dept. of Justice

ZAHRA S. KARINSHAK (GABN 407911)
*Admitted Pro Hac Vice 4/2/2012*
KREVOLIN & HORST, LLC
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Telephone: (404) 888-9700
FAX: (404) 888-9577
Karinshak@khlawfirm.com

ANDREW D. WINGHART (CSBN 225099)
Winghart Law Group
495 Seaport Court, Suite 104
Redwood City, CA 94063
Telephone:  (510) 593-8546
FAX: (866) 941-8593
Drew@WinghartLaw.com
Attorneys for Plaintiff, Vincent A. Cefalu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT A. CEFALU,           ) | CASE NO. 12-00303-TEH |
|                              ) | |
|     Plaintiff,               ) | STIPULATION AND ~~PROPOSED~~ |
|                              ) | ORDER |
| v.                           ) | |
|                              ) | |
| ERIC H. HOLDER, JR., U.S. Attorney ) | |
| General, U.S. Department of Justice, ) | |
|                              ) | |
|     Defendant,               ) | |

- 1 -

THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD STIPULATE AS FOLLOWS:

1. On November 26, 2012, the Court issued an order (ECF 49) regarding defendant's motion to compel plaintiff's web-based writings about his employment that directed the parties to meet and confer on the best method for providing identification and authentication of plaintiff's web-based writings.

2. After meeting and conferring as directed by the Court, the parties agree that plaintiff wrote on the website known as www.cleanupatf.org, using three identifiers: (1) Vincent A Cefalu, (2) Doc Holiday, and (3) Iceman.

3. Writings on www.cleauupatf.org by "Vincent A Cefalu" appear with the words "Vincent A Cefalu" and next to the avatar of a badge copied below:



4. Writings on www.cleanupatf.org by "Doc Holiday" appear with the words "Doc Holiday" and next to the avatar copied below:



2

5. Writings on www.cleanupatf.org by "Iceman" appear with the word "Iceman" and next to the avatar copied below:



6. None of the writings by plaintiff using the identifiers Vincent A Cefalu, Doc Holiday, or Iceman have been deleted or removed from www.cleanupatf.org by plaintiff and all of plaintiff's writings are available to anyone accessing www.cleanupatf.org.

7. Upon a request made with reasonable notice, plaintiff will provide the electronic version of his writings on www.cleanupatf.org to counsel for the defendant, to the extent the writing is not publicly available on the site. Plaintiff shall undertake reasonable steps to locate said writing.

8. Other than by using the identifiers Vincent A Cefalu, Doc Holiday, or Iceman, plaintiff has not written any writings appearing on www.cleanupatf.org.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:   1/10/2013                 /s Zahra Karinshak/              .
                                   Attorneys for Plaintiff

DATED:  1/10/2013                  /s Jonathan U. Lee/              .
                                   Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 11, 2013            _____
                                   JACQUELINE S. CORLEY
                                   United States Magistrate Judge

3