IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT CEFALU,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC HOLDER,<br><br>    Defendant. | Case No. 12-0303 TEH (JSC)<br><br>**ORDER RE: PLAINTIFF'S DISCOVERY LETTER BRIEFS (Dkt. Nos. 71, 72, 73, 74, 75)** |

Now pending before the Court are four discovery letter briefs filed by Plaintiff seeking to compel various discovery from Defendant. (Dkt. Nos. 71, 72, 73, 74, 75.) The parties shall appear in person for a hearing on the matters on July 18, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. The parties shall be prepared to meet and confer in the Court's jury room regarding all outstanding discovery disputes following hearing on the pending matters.

    **IT IS SO ORDERED.**

Dated: July 9, 2013

                                                                                             _____
                                                                                      JACQUELINE SCOTT CORLEY
                                                                                      UNITED STATES MAGISTRATE JUDGE