Juror No. _____

CONFIDENTIAL

JUROR QUESTIONNAIRE

      This questionnaire is designed to obtain information about your background as a potential juror in this case.  Its use will substantially shorten the jury selection process.  The purpose of these questions is to determine whether potential jurors can be fair to both sides and decide this case based upon the evidence presented at trial and the instructions on the law given by this Court.  The questions are not intended to unnecessarily inquire into personal matters.  All information contained in this questionnaire will be kept confidential and will be available only to the Court and the parties in this case.  The questionnaires belong to the Court and all copies will be returned to the Court.  Do not discuss this questionnaire with anyone, including your family, fellow jurors, or the media.

      Please answer each question as fully and completely as possible.  Your complete candor and honesty is necessary so that the parties will have the opportunity to select a jury that can be fair to both sides.  You must answer all questions to the best of your ability.  DO NOT LEAVE ANY QUESTION BLANK.  If you need more space than the lines provided, please use the blank space on page 4.  Please do not write on the back of any sheet.

      Please keep in mind there are no right or wrong answers.  You are sworn to give true and complete answers to all questions.  PLEASE PRINT OR WRITE LEGIBLY.  Please be sure to include your juror number in the top corner of every page.  When you finish answering this questionnaire, you must print your name and sign the declaration on page 5.  With your signature, you are affirming the accuracy of your answers.  That page will be removed by the court staff, and will not be shown to any party.

      The fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case.  As you read the questions, please do not draw any inferences about the issues that will be decided in this case.

1.    Your name: _____

2.    Your age: _____

3.    City in which you reside: _____

4.    If you have lived there for fewer than five years, where did you live before?
   
   _____

5.    Your place of birth: _____

Juror No. _____

6. Do you rent or own your own home? _____

7. Your current domestic status: (check one)

   ( ) single   ( ) married   ( ) domestic partner   ( ) divorced   ( ) widowed

8. What is your occupation and how long have you worked in it? (If you are retired, please describe your main occupation when you were working.)

   _____

   _____

9. Who is (or was) your employer? _____

10. If you have held this job for fewer than five years, describe your previous job:

    _____

11. If you are married or have a domestic partner, please list your spouse's or partner's occupation and employer:

    _____

12. If you have children, please list their ages and genders and, if they are employed, please give their occupations:

    _____

    _____

    _____

13. Please describe your education background:

    Highest grade completed: _____

    College and/or vocational schools you have attended:

    _____

Juror No. _____

_____

_____

Major areas of study: _____

14. Have you served in the military? _____

    If yes, what branch and rank? _____

15. Have you, any member of your family, or close friend ever been employed by

    a law enforcement agency? _____

16. Have you ever had jury experience? _____ No. of times? _____

    If yes:  State/County Court _____ Federal Court(s) _____

    When? _____

    Was it a civil or criminal case? _____

    Did any of the juries reach a verdict? _____

17. Have you or anyone in your immediate family ever participated in a lawsuit as a party or in any other capacity?

    If yes, what type of lawsuit: _____

    When: _____

    In what capacity (*e.g.*, party, witness, etc.): _____

18. Have you or anyone in your immediate family ever been convicted of a felony? _____

    If yes, please explain: _____

    _____

    _____

    _____

Juror No. _____

19. Do you have any disability or any other circumstance that would make serving as a member of the jury an extreme hardship or impossible? _____

    If yes, please explain: _____

    _____

    _____

20. Do you have any difficulty understanding written or spoken English? _____

    If yes, what is your primary language? _____

Juror No. _____

## DECLARATION

I, _____, declare under penalty of perjury that the foregoing answers set forth in this Juror Questionnaire are true and correct to the best of my knowledge and belief.

Executed in San Francisco, California, on October \_\_\_, 2014.

_____
Signature