UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT A. CEFALU,

    Plaintiff,

v.

ERIC H. HOLDER,

    Defendant.

Case No.  12-cv-00303-JD

**ORDER JURY REFRESHMENTS**

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily afternoon refreshments and fresh fruit for the members of the jury in the above-entitled matter beginning October 6, 2014, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 11, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

Dated:  September 29, 2014

_____
JAMES DONATO
United States District Judge