UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT A. CEFALU,

    Plaintiff,

  v.

ERIC H. HOLDER,

    Defendant.

Case No.  12-cv-00303-JD

**FINAL PRE-TRIAL ORDER NO. 1 RE JUROR QUESTIONNAIRE**

The Court orders that the attached final juror questionnaire be presented to the potential jurors on Friday, October 3, 2014.  The attached version of the questionnaire incorporates the additional questions proposed by the parties that the Court has approved.

In addition, on the morning of the first day of trial (on Monday, October 6, 2014), the Court will pose to the potential jurors Jointly Proposed Question No. 3 from the parties' Joint Response to Court's Proposed Questionnaire, Dkt. No. 224 at 1.

**IT IS SO ORDERED**.

Dated: October 2, 2014

_____
JAMES DONATO
United States District Judge